IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLENE Y. LATHAM, )
)
    Plaintiff(s), )
)
v. ) Case No. CIV-24-350-G
)
AVENUE EAST APARTMENTS LLC et al., )
)
    Defendant(s). )

**ORDER GRANTING PLAINTIFF'S APPLICATION
TO PROCEED WITHOUT PAYING FEES OR COSTS**

Upon consideration of Plaintiff's Applications (Motions) to Proceed Without Prepaying Fees or Costs, **(ECF Nos. 2 and 6)**, the Court finds that the Plaintiff is financially unable to prepay the fees of this proceeding or give security for payment of the fees. The Applications (Motions) are therefore **GRANTED**.

Plaintiff is authorized to proceed without prepayment of the fees or giving security for such payment, and pursuant to LCvR3.3(e) the formal filing of the pleading will relate back to the date the pleadings were conditionally filed. Upon request of the Plaintiff, and if Plaintiff provides service copies of the Complaint for each Defendant, the United States Marshals Service is directed to serve process at the addresses provided by the Plaintiff pursuant to Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED** on May 24, 2024.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE