# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLENE Y. LATHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVENUE EAST APARTMENTS, LLC )<br>et al., )<br>)<br>Defendants. ) | Case No. CIV-24-350-G |

## ORDER

Now before the Court is Plaintiff Charlene Y. Latham's Motion for ECF Permissions (Doc. No. 5), seeking permission to use the Court's Electronic Case Filing ("ECF") System as a pro se filer. This Court's *ECF Policies & Procedures Manual* explicitly provides that "[l]itigants proceeding pro se (without attorney representation) may not file electronically," however. *ECF Policies & Procedures Manual* § I(A)(1). Accordingly, Plaintiff's Motion (Doc. No. 5) is DENIED.

IT IS SO ORDERED this 5th day of August, 2024.

CHARLES B. GOODWIN
United States District Judge