## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHARLENE Y. LATHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-24-350-G** |
| | ) | |
| **AVENUE EAST APARTMENTS, LLC** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On April 8, 2024, Plaintiff Charlene Y. Latham, proceeding pro se, filed this lawsuit, identifying several defendants.[1] As of this date, however, Plaintiff has not made proof of service or waiver of service to the Court as to any defendant. Nor has any defendant answered or otherwise indicated awareness of Plaintiff's lawsuit.

Plaintiff's 90-day deadline to effect service expired on or about July 7, 2024. *See* Fed. R. Civ. P. 4(m). Pursuant to Rule 4(m), if a defendant is not served within this 90-day period, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*; *see also Fields v. Okla. State Penitentiary*, 511 F.3d 1109, 1113 (10th Cir. 2007); *Pemberton v. Patton*, 673 F. App'x 860, 864 (10th Cir. 2016).

---

[1] The Court granted Plaintiff's application to proceed *in forma pauperis* on May 24, 2024. *See* Doc. No. 7. When the Court grants a plaintiff's application to proceed *in forma pauperis*, "the formal filing of the pleadings will relate back to the date the pleadings were conditionally filed"—in this case, April 8, 2024. *See* LCvR 3.3(e).

In light of the above, the Court DIRECTS Plaintiff to show cause in writing, within fourteen (14) days of the entry of this Order, why her claims against the defendants should not be dismissed.

IT IS SO ORDERED this 5th day of August, 2024.

CHARLES B. GOODWIN
United States District Judge